UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MADISON REALTY CAPITAL, L.P.,

    Plaintiff,

v.

SE MARINA WAY PARTNERSHIP, L.P., PIRATE'S LAKE LTD., 7500 BELLAIRE MALL, L.P., 6425 GESS LTD., WILDFLOWER TDS, L.P., SHALAMAR SAN MARCOS PROPERTIES, LTD., WINDSOR TDS, L.P., 9632 PARTNERS, LTD., AND TRACY SUTTLES,

    Defendants.

*Civil Action No. 08 cv-6329 (PAC)*

***DISCLOSURE STATEMENT***

---

    1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    (a)  Defendants SE MARINA WAY PARTNERSHIP, L.P., PIRATE'S LAKE LTD., 7500 BELLAIRE MALL, L.P., 6425 GESS LTD., WILDFLOWER TDS, L.P., SHALAMAR SAN MARCOS PROPERTIES, LTD., WINDSOR TDS, L.P., 9632 PARTNERS, LTD. have no parent corporation and there are no publicly held corporations that own 10% or more of their stock.

Dated: Newark, New Jersey
      August 7, 2008

                                 /s/ David B. Grantz
                                 David B. Grantz  (DG1967)
                                 Meyner and Landis LLP
                                 One Gateway Center, Suite 2500
                                 Newark, New Jersey 07102
                                 (973) 624-2800
                                 Attorneys for Defendants
                                 Alternate Address:
                                 333 Earle Ovington Boulevard, Suite 608
                                 Uniondale, New York
                                 Phone: (516)-683-0171