# COLE SCHOTZ
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Attorneys at Law — A Professional Corporation

900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022-4728
212.752.8000   212.752.8393 FAX

NEW JERSEY

DELAWARE

MARYLAND

**Nolan E. Shanahan**
ASSOCIATE

Reply to New York Office
WRITER'S DIRECT LINE: 646-563-8935
WRITER'S DIRECT FAX: 646-521-2035
WRITER'S E-MAIL: NShanahan@coleschotz.com

August 20, 2008

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2008**

**VIA EMAIL**

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*MEMO ENDORSED*

   Re:   Madison Realty Capital, L.P. v. SE Marina Way Partnership, L.P.
         08 Civ. 06329 (PAC)

Dear Judge Crotty:

   This firm represents plaintiff Madison Realty Capital, L.P. ("Madison") in connection with the above-referenced action that has been assigned to Your Honor. This action is related to case number 08 Civ. 4194 (PAC) that was resolved by a Stipulation and Order with leave to reopen, if necessary.

   The instant action was commenced in New York State Supreme Court by Notice of Motion for Summary Judgment in Lieu of Complaint pursuant to CPLR § 3213. Defendants removed the action to this Court prior to the expiration of their time to oppose the application and no opposition has been served to date. In accordance with the Court's instructions, I have conferred with David B. Grantz, counsel for the defendants, and we have agreed on the following briefing schedule on the pending motion, subject to the Court's approval:

   1.   Defendants will file and serve their opposition by September 17, 2008; and

   2.   Madison will file and serve its reply papers by October 1, 2008.

   It is respectfully requested that if the Court requires oral argument on the motion that such argument not be scheduled during the week of October 6, 2008 through October 10, 2008.

   Pursuant to Your Honor's Individual Practices, I will forward two (2) copies of Madison's initial moving papers under separate cover. Please do not hesitate to contact me

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTORNEYS AT LAW

The Honorable Paul A. Crotty
August 20, 2008
Page 2

if any additional information is required in support of this application. Thank You for Your consideration.

Respectfully submitted,

Nolan E. Shanahan

NES:nes
cc:   David B. Grantz, Esq. (via e-mail)
      Leo V. Leyva, Esq.

Medium is directed to file in this proceeding the State Court Motion for Summary Judgment in lieu of complaint & whatever papers filed in support thereof. The proposed schedule is adopted

SO ORDERED:   AUG 2 1 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

45463/0010-3111330v1